## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

OBIMAK ENTERPRISE,

        Petitioner

        v.

DEPARTMENT OF HEALTH,

        Respondent

:   No. 302 EAL 2019
:
:
:
:   Petition for Allowance of Appeal
:   from the Order of the
:   Commonwealth Court
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of January, 2020, the Petition for Allowance of Appeal and the Application for Preliminary Injunction (Emergency Relief) are **DENIED**.